IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LETICIA JACKSON**,
**Plaintiff,**

v.

**CLARKSON EYECARE, INC.,**
**Defendant.**                                   No. 10 - CV - 00178 DRH

### ORDER

**HERNDON, Chief Judge:**

On January 19, 2011, Plaintiff and Defendant filed a stipulation of dismissal with prejudice (Doc. 34). Pursuant to the stipulation of dismissal, the Court **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of January, 2011.

David R. Herndon
2011.01.19
16:32:05 -06'00'

**Chief Judge**
**United States District Court**