## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LETICIA JACKSON**,

**Plaintiff,**

v.

**CLARKSON EYECARE, INC.,**

**Defendant.**                                                  No. 10-CV-00178-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed January 19, 2011.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 19, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY: _____/s/**Sandy Pannier**_____
                    **Deputy Clerk**

Dated: January 19, 2011

David R. Herndon
2011.01.19
16:34:39 -06'00'

APPROVED:
                CHIEF JUDGE
                U. S. DISTRICT COURT